[No. 18412-1-I.  Division One.  July 29, 1987.]

SEVEN GABLES CORPORATION, *Respondent,* v. JOHN
LIMANTZAKIS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 85-2-07675-3, Robert M. Elston, J., entered
April 11, 1986. *Affirmed* by unpublished opinion per John-

sen, J. Pro Tem., concurred in by Dore and Patrick, JJ. Pro Tem.